| | | | |
|---|---|---|---|
| DEFT: | David Nesbeth (J)# | CASE NO: | 00-4198-BSS |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Bernardo Lopez |
| AGENT: | DEA | VIOL: | PWID marijuana |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: APD

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
AUG 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

X - advised of charge
X - sworn for counsel

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:
PTO/BOND HEARING: Wednesday  8-16-00   11:00am   Snow
PRELIM/ARRAIGN. OR REMOVAL:  8-18-00   9:30am    Snow
STATUS CONFERENCE:

DATE: 8-10-00    TIME: 11:00am    TAPE # 00-066   PG # 5

1651-2305