-cr-06230-WPD     Document 17     Entered on FLSD Docket 08/14/2000     F

FILED by D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR 00-4198-BSS
　　　　　　　Plaintiff )
　　　　　　　　　　　　　) REPORT COMMENCING CRIMINAL
　　　　-VS-　　　　　　　) ACTION
　　　　　　　　　　　　　)
DAVID LAWRENCE NESSETH　) 55423-004
　　　　Defendant　　　USMS Prisoner No:

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court          FT. PIERCE
                        (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 08-09-2000    8:09 am/**pm**

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 21 USC 953 846
    Conspiracy To Import MARIJUANA

(4) U.S. Citizen  [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 01-04-1959

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $ PTD
Who set Bond: Negro

(7) Remarks: _____

(8) Date: 08-09-2000     (9) Arresting Officer: A. DE ANGELIS

(10) Agency: USCS          (11) Phone: (954) 356-7553 x125

(12) Comments: _____