UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: CO-4198-055

UNITED STATES OF AMERICA

vs

David Nesbeth,

WAIVER OF TIMELY PRETRIAL DETENTION HEARING

*FILED by AUG 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The defendant having been advised of the right to a timely pretrial detention hearing, and the defendant having refused and waived a timely pretrial detention hearing,

The defendant now signs this Waiver of a Timely Pretrial Detention Hearing.

DATED: 8-16-00        x_____
                         Defendant

MAGISTRATE JUDGE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a pretrial detention hearing within five (5) days from the defendant's intitial appearance has stated that (he/she) refused such timely hearing and signed the foregoing waiver.

IT IS ORDERED that a timely hearing in the above-entitled matter is refused and waived, and the defendant is rescheduled for a pretrial detention hearing on August 21 @ 11 AM

DATED: 8/16/00        _____
                         LURANA S. SNOW
                         UNITED STATES MAGISTRATE JUDGE

33