```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 00-6230-CR-DIMITROULEAS
UNITED STATES OF AMERICA

        vs

                          ARRAIGNMENT INFORMATION SHEET
DAVID NESBETH
```

FILED by AUG 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
DEFENDANT:              Address: __CUSTODY_____
                                 _____
                        Telephone:_____
DEFENSE COUNSEL:        Name:_____FEDERAL PUBLIC DEFENDER_____
                        Address:_____
                                _____
                        Telephone:_____
BOND SET/CONTINUED:     $_____
Bond hearing held: yes____ no _X_  PTD hearing set for __8-21-00__
Dated this _18TH_ day of __AUGUST__, 2000.
```

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Jenny Butler
    Deputy Clerk

Tape No. __00-044__

cc: Copy for Judge
    U. S. Attorney

