**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6230-CR-Dimitrouleas

UNITED STATES OF AMERICA, :

v. : **NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

David Nesbeth :

_____ :

COMES NOW Nathan P. Diamond, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 8/21/00

Attorney NATHAN P. Diamond
Address 1221 Brickell Ave 1020
City Miami  State Fla  Zip 33131
Telephone (305) 371-5300
Florida Bar No. 146503
Fax No. (305) 371-6966

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

