UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    AUG 23  AM 9: 21

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          *

    Plaintiff,                             *

v.                                              *

DAVID NESBETH, et al.,                *

    Defendant.                          *

_____

### DEFENDANT'S NOTICE OF APPEAL FROM MAGISTRATE'S DETENTION ORDER

COMES NOW the Defendant, DAVID NESBETH, by and through his undersigned counsel, and hereby files his Notice of Appeal to the Magistrate's Detention Order, pursuant to 28 U.S.C. 636(b)(1)(A) and Magistrate Local Rule 4, to the Detention Order entered by the Honorable Lurana S. Snow, United States Magistrate Judge, detaining the Defendant without bond, entered on August 22, 2000. Defendant Nesbeth has ordered the transcript of proceedings and will file his Brief within ten (10) days from the date of receipt of said transcript. (*See attached transcript request.*)

Respectfully submitted,

NATHAN P. DIAMOND, P.A.
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
(305) 371-5300

By: _____
NATHAN P. DIAMOND, ESQUIRE

NON-COMPLIANCE OF S.D. Fla. L.R.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by mail this 22nd day of August, 2000 to Bertha Mitrani, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, Florida 33132.

By: _____
NATHAN P. DIAMOND, ESQUIRE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TO:     **COURT REPORTER PROGRAM SUPERVISOR**

**ORDER FOR TRANSCRIPT FROM MAGISTRATE TAPE RECORDING**

**Requestor:** Nathan P. Diamond     **Phone:** 305-371-5300

**Date Requested:** August 22, 2000

**Date Required:** as soon as possible

**Magistrate Judge:** Lurana Snow

**Date of Hearing:** _____

**Type of Proceeding:** Bond hearng

**Case Number:** 00-6230-CR-DIMITROULEAS

**Case Style:** United States v. Aldin Wilson, et al.,

**Defendant:** David Nesbeth

**Tape Number:** August 21, 2000
(Can be obtained from the Docket Sheet)

**Special Information:** _____

**Indicate transcript rate desired:**

ORDINARY   XXX   $3.00/pg  A transcript to be delivered within thirty (30) calendar days after receipt of an order.
EXPEDITED  ____  $4.00/pg  A transcript to be delivered within seven (7) calendar days after receipt of an order.
DAILY      ____  $5.00/pg  A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not actually be a court day.

========================================================

**COURT REPORTER'S OFFICE USE ONLY**
Received from U.S. District Court original tapes as indicated above.

_____
Contractor
Date: _____

ctrpt-updx2.frm