UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,　　:

　　Plaintiff,　　:

　　v.　　:

DAVID NESBETH,　　:

　　Defendant.　　:

_____ :

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, David Nesbeth, be terminated as the Defendant has retained Nathan Diamond, Esq., 1221 Brickell Avenue, Suite 1020, Miami, FL 33131, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

　　　　　　　　KATHLEEN WILLIAMS
　　　　　　　　FEDERAL PUBLIC DEFENDER

　　　　By: _____
　　　　　　　Patrick M. Hunt
　　　　　　　Assistant
　　　　　　　Federal Public Defender
　　　　　　　Attorney for Defendant
　　　　　　　Florida Bar No. 571962
　　　　　　　101 N.E. 3rd Avenue, Suite 202
　　　　　　　Ft. Lauderdale, Florida 33301
　　　　　　　(954) 356-7436
　　　　　　　FAX 954/356-7556



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this 24th Day of August, 2000, to Bertha Mitrani, Assistant United States Attorney's Office, at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

Patrick M. Hunt