UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

      Plaintiff, :

      v. :

DAVID NESBETH, :

      Defendant. :

_____ :

FILED by ___ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, David Nesbeth, has retained Nathan Diamond, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 25 day of August, 2000 at Fort Lauderdale, Florida.

                                                UNITED STATES DISTRICT JUDGE

cc:  Patrick Hunt, AFPD
      Bertha Mitrani, AUSA

