| | |
|---|---|
| DEFT: David Nesbeth (no deft) | CASE NO: 00-6230-CR-Dimitrouleas |
| AUSA: Bertha Mitrani /Bairfield/ | ATTNY: ~~FPD~~ Day Nathan Diamond (perm) |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Discovery out
2-3 days
Gov't ready
Copies of discovery
to be made

△ to file mot. to
continue

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-8-00    TIME: 11:00am    TAPE # 00-072    PG # 6
500-711