UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

DAVID NESBETH,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 8, 2000. At that conference, the parties informed the Court as follows:

1.    The Government's discovery materials include three (3) video and forty-six (46) audio tapes, one copy of which was sent to counsel for co-defendant Aldin Wilson; co-counsel will need to make copies of the tapes provided to Wilson's counsel. The Government further represented that no motions are currently pending, that it is ready to proceed, and that the matter will require two to three days to try. A plea disposition remains possible.

2.    Defense counsel is arranging to obtain copies of the Government's audio and

1



video tapes. He will be moving to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this _8_ day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Nathan Diamond, Esquire
1221 Brickell Avenue, Suite 1020
Miami, Florida 33131-3258
Attorney for Defendant