UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       *

    Plaintiff,       *

vs       *

DAVID NESBETH, et al.,       *

    Defendants.       *

                                     *

### MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, DAVID NESBETH, by and through his undersigned counsel and respectfully move this Honorable Court to enter an Order continuing the trial date in this matter and state the following:

1. The Trial date in this cause is set for the two-week calendar of September 25, 2000 at 9:00 a.m. before the Honorable William P. Dimitrouleas.

2. Discovery is extensive. There are forty-six (46) audio tapes, three (3) video tapes and related transcripts that were provided to counsel for Aldin Wilson. Those copies have since been sent to a copying service by the undersigned for re-copying. Once received they will require extensive review which counsel will be unable to accomplish prior to the present trial setting.

3. The undersigned attorney has contacted Kathleen Rice, Assistant State Attorney, in an effort in good faith to resolve by agreement the subject matter and



she has no objection to the granting of said motion.

4. This motion is made in good faith.

WHEREFORE, the Defendant, DAVID NESBETH, move this Honorable Court to grant the foregoing motion and continue the trial in this matter.

Respectfully submitted,

NATHAN P. DIAMOND, P.A.
Florida Bar No.: 146503
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
(305) 371-5300

By: _____
NATHAN P. DIAMOND, ESQUIRE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by mail this 13th day of September, 2000 to:

Kathleen Rice
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Stephen H. Rosen, Esquire
999 Ponce de Leon Boulevard
Suite 550
Coral Gables, Florida 33134

Irwin Lichter, Esquire
321 N.E. 26th Street
Miami, Florida 33137-4724

Richard Decobo, Esquire
1101 Brickell Avenue
Suite 1801
Miami, Florida 33131

Martin L. Roth, Esquire
1001 Brickell Bay Drive
Suite 1704
Miami, Florida 33131

Junior Farquharson, Esquire
5546 West Oakland Park Blvd.
Suite 220
Fort Lauderdale, Florida 33313

By: _____
NATHAN P. DIAMOND, ESQUIRE