UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6230-CR-DIMITROULEAS

　　Plaintiff,

vs.

DAVID NESBETH,

　　Defendant.
_____/



FILED by ___ D.C.

SEP 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Defendant's September 14, 2000 Motion To Continue Trial [DE-84], and the Court notes that the Defendant has failed to provide a proposed order with his motion, pursuant to Local Rule 7.1A2, the Court DENIES the Motion for Continuance, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Nathan Diamond, Esquire
1221 Brickell Avenue, 10th Floor
Miami, FL 33131

Kathleen Rice, AUSA