**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE UNITED STATES OF AMERICA,  )
                                )   CASE NUMBER
            PLAINTIFF,           )   00-6230-CR-DIMITROULEAS
                                )
        VS.                     )
                                )
DAVID NESBETH,                  )   THIS VOLUME:
                                )   PAGES 1 - 30
            DEFENDANT.          )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON AUGUST 21, 2000, IN THE

ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   BERTHA MITRANI, A.U.S.A.

FOR THE DEFENDANT:    NATHAN P. DIAMOND, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE