UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6230-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

v.

ALDIN WILSON,
ESROM WILLIAMS,
DAVID NESBETH,
THADDEUS WARREN,
CLIFFORD GRANSTON,
and
MARC ANTHONY JOHNSON,

Defendants.
_____/



## UNITED STATES' FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  6.  A laboratory analysis of the substance seized in connection with this case has been provided to defense counsel together with this discovery response.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by facsimile on September 20, 2000, and by regular United States Mail on September 21, 2000 to

**Counsel for ALDIN WILSON**

Irwin Lichter. Esquire
321 NE 26th Street
Miami Florida, 33137-4724
Facsimile: 305/573-6251

**Counsel for ESROM WILLIAMS**

Stephen H. Rosen, Esquire
Suite 550
999 Ponce De Leon Boulevard
Coral Gables, Florida 33134
Facsimile: 305/442-4371

**Counsel for DAVID NESBETH**,

Nathan Diamond, Esquire
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131-3258
Facsimile: 305/371-6966

**Counsel for THADDEUS WARREN**,

Martin L. Roth
1001 Brickell Bay Drive
Suite 1704
Miami, Florida 33131
Facsimile: 305/374-6495

**Counsel for CLIFFORD GRANSTON**

John W. Thornton, Esquire
Thornton & Rothman, P.A.
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131
Facsimile: 305/374-5747

**Counsel for MARC ANTHONY JOHNSON**
Richard Decobo, Esquire
1101 Brickell Avenue
Suite 1801
*Miami, Florida* 33131
Facsimile: 305/579-2080

Bertha R. Mitrani
Assistant United States Attorney

3