UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6230-CR-DIMITROULEAS
       Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

ESROM WILLIAMS
DAVID NESBETH
CLIFFORD GRANSTON
MARC ANTHONY JOHNSON

       Defendant.
_____/

FILED by ___ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

This matter having come before the Court on September 22, 2000 on Defendants' Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing November 27, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **November 24, 2000, at 9:00** A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Bertha Mitrani, AUSA
      Steven Rosen, Esq.
      Nathan Diamond, Esq.
      John Thornton, Esq.
      Richard Docobo, Esq.