**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD     DATE: November 22, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS. DAVID Nesbeth

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: Nathan Diamond

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft. sworn and questioned by the Court. Deft to plead guilty to Count 3. Gov. agrees to dismiss Count 1, 2, 4 @ Sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 2/9/01     TIME: 10:30     FOR: Sentencing
MISC: Written Plea Agreement filed

118/69