UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,         *

    Plaintiff,               *

vs.                                *

DAVID NESBETH,                    *

    Defendant.                *

_____

### DEFENDANT NESBETH'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT WITH INCORPORATED MEMORANDUM OF LAW AND NOTICE OF REQUEST FOR DOWNWARD DEPARTURE

Respectfully submitted,

NATHAN P. DIAMOND, P.A.
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
(305) 371-5300

By: _____
NATHAN P. DIAMOND, ESQUIRE
Florida Bar No.: 146503

The defendant, DAVID NESBETH, by and through his undersigned counsel, respectfully makes these his objections to the Presentence Investigation Report pursuant to Administrative Order 90-26,[1] USSG §6A1.2, p.s. (Nov. 1992), Rule 32(a)(1), Fed. R.Crim.P. and the Fifth Amendment to the United States Constitution. As reasons and ground therefore, the defendant states:

I.

### BACKGROUND: FACTUAL INFORMATION CONTROVERTED BY THE DEFENDANT

Pursuant to Rule 32(c)(3)(D), Fed. R.Crim.P., the court is required, as to each factual matter controverted by the defendant, either to make a finding as to such allegation or a determination that no such finding is necessary because the controverted matter will not be taken into account in sentencing. Id.

Additionally, Rule 32 guarantees to the defendant the right ". . . to present any information in mitigation of the sentence."[2] Another provision of Rule 32 requires that ". . . the defendant and the defendant's counsel" shall have "an opportunity to comment on the report. . . "[3]

Hereinafter, the Presentence Investigation Report will be referred to as the

---

[1] See Rule 88.8 "Presentence Investigations," General Rules of the U.S. District Court for the Southern District of Florida (Feb. 1993).

[2] Rule 32(a)(1)(C), Fed. R. Crim. P.

[3] Rule 32(c)(3)(A), Fed. R. Crim. P.

2

"PSI"; the United States Probation Office as the "USPO" and the Sentencing Guidelines as the "USSG".

II.

### OBJECTIONS TO GUIDELINE CALCULATIONS

A.  Role In The Offense:

The defendant specifically objects to paragraphs 26 and 36 of Pages 8 and 10 of the PSI and submits that his level of culpability is such that he should have received two level decrease pursuant to USSG §3B1.2(b). Mr. Nesbeth was without full knowledge of the scope of the operation. Mr. Nesbeth had no supervisory role. Mr. Nesbeth was far less culpable than other defendants. Mr. Nesbeth exercised no decision making authority nor did he exercise control or authority over any of the other participants in the conspiracy.

The defendant would further object to paragraph 39 as the defendant was not afforded an adjustment for acceptance of responsibility. Due to the time constraint and work schedule of the undersigned counsel it was explained to United States Probation Officer, Ricardo Garcia, that a statement of the defendant accepting full responsibility would be provided. Subsequent to the disclosure a statement of acceptance of responsibility has been provided. Therefore the defendant should be afforded a three point reduction consistent with the terms and conditions of the plea agreement.

### CONCLUSION

WHEREFORE, for the foregoing reasons, it is respectfully prayed that the

Court grant the defendant's objections to the PSI resulting in the following guideline calculations:

| | |
|---|---|
| Base Offense Level (Pursuant to 2D1.1(a)(3) and (c) | +30 |
| Specific Offense Characteristic 2D1.1 (b)(6) | -2 |
| Adjustment for Role in the Offense 3B1.2(b) | -2 |
| Acceptance of Responsibility [§3E1.1(a)(2) | -3 |
| **Adjusted Offense Level** | **23** |
| **Guideline Range** | **46-57 months** |

The defendant respectfully submits that the applicable guideline range in this case should be 46-57 months, and would request the court to impose a sentence at the low end of the guideline range of 46 months.

Respectfully submitted,

NATHAN P. DIAMOND, P.A.
1221 Brickell Avenue
Suite 1020
Miami, Florida 33131
(305) 371-5300

By: _____
NATHAN P. DIAMOND, ESQUIRE

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by mail to Assistant United States Attorney, Bertha R. Mitrani, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33394 and Ricardo Garcia, U.S. Probation Officer, 300 Northeast First Avenue, Room 315, Miami, Florida 33132-2126 this 18th day of January, 2001.

By: _____
NATHAN P. DIAMOND, ESQUIRE