## CRIMINAL MINUTES

FILED by _____ D.C.
FEB 0 9 ____
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6230-CR-WPD     DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Chase     INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    David Nesbeth

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: Nathan Diamond

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 57 months BOP, 5 years supervised release, no fine, $100.00 Assessment.

Court recommends designation to FCI Miami and that deft receive alcohol treatment while in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of right to appeal.