DEFENDANT: **NESBETH, DAVID**
CASE NUMBER: **0:00-6230-CR-WPD-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 57 Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** Designation to FCI, Miami and that the defendant receive alcohol treatment while in prison.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At     A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __3/6/01__ To __BOP FCI MIAMI__
at __MIAMI FL__, with a certified copy of this judgment.

__Ed Gonzalez, Warden__
UNITED STATES MARSHAL

By __Tina Nolan, UE__
Deputy U.S. Marshal