UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6230-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DAVID NESBETH, | ) | |
| CLIFFORD GRANSTON, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendants. | ) | November 22, 2000 |
| | ) | 3:00 p.m. |

TRANSCRIPT OF PLEAS OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | BERTHA MITRANI, ESQ.<br>Assistant U.S. Attorney |
| For the Defendant Nesbeth: | NATHAN DIAMOND, ESQ. |
| For the Defendant Granston: | JOHN THORNTON, JR., ESQ. |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |

THIS VOLUME:

Pages 1 - 45

# NOT

# SCANNED

PLEASE REFER TO COURT FILE